```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 09-47024-MEH
James Leonard Ward                                                  Chapter 7
Stacey Catherine Ward
         Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0971-4          User: rasingh              Page 1 of 4            Date Rcvd: Jan 07, 2014
                              Form ID: B9A               Total Noticed: 100
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2014.

```
db/jdb    +James Leonard Ward, Jr.,    Stacey Catherine Ward,    132 St. Pierre Way,    Martinez, CA 94553-3591
aty       +Alan S. Wolf,    Wolf Firm,    2955 Main St. 2nd. Fl.,    Irvine, CA 92614-2528
aty       +Joseph S. Chun,    McCarthy and Holthus LLP,    1770 Fourth Avenue,    San Diego, CA 92101-2607
aty       +Nickolaus McLemore,    Brice, Vander Linden and Wernick P.C.,    9441 LBJ Freeway #250,
            Dallas, TX 75243-4640
tr        +John Kendall,    945 Morning Star Dr.,    Sonora, CA 95370-9249
tr        +Martha G. Bronitsky,    P.O. Box 9077,    Pleasanton, CA 94566-9077
smg      ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
            SACRAMENTO CA 94279-0029
            (address filed with court: State Board of Equalization,    Collection Dept.,    P.O. Box 942879,
            Sacramento, CA  94279)
smg       +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
cr       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citibank, N.A.,    Payment Center, 4740 121st Street,
            Urbandale, IA  50323)
cr       ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
            (address filed with court: Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX  75067)
10212749  +AT&T Advertising and Publishing,    4430 Rosewood Drive,    Pleasanton, CA 94588-3050
10351042  +Aurora Loan Services,    c/o McCarthy & Holthus, LLP,    1770 Fourth Avenue,
            San Diego, CA 92101-2607
10212756   California Bank & Trust,    P.O. Box 489,    Lawndale, CA 90260-0489
10212755  +California Bank & Trust,    620 Contra Costa Blvd,    Pleasant Hill, CA 94523-1511
10212758  +Cbassociates,    P. O Box 150,    Fairfield, CA 94533-0150
10316644  +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
10212762   Chase-Mnhtn,    Pob 77279,    Houston, TX 77279
10212769  +Contra Costa County Tax Collector,    Tax Collectors Office,    P.O. Box 631,
            Martinez, CA 94553-0063
10212777  +Dvi Fin Svc,    707 Skokie Blvd,    Northbrook, IL 60062-2857
10441153  +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,    PO Box 12907,
            Norfolk VA 23541-0907
10212778  +Focus Receivalbles Management,    1130 Northchase Parkway Suite 150,    Marietta, GA 30067-6429
10212787  +Home Fin,    2711 N Haskell,    Dallas, TX 75204-2911
10310449  +JP Morgan Chase Bank NA,    3415 Vision Dr.,    Columbus, OH 43219-6009
10212790  +James A. West,    6380 Rogerdale Road Suite 130,    Houston, TX 77072-1647
10212791  #+Kelley Neil,    176 Selima Way,    Pacheco, CA 94553-6324
12457506  +Mortgage Electronic Registration Systems, Inc.,    1818 Library St. Suite 300,
            Reston, VA 20190-6280
10212798  +Professional Recovery Services Inc.,    P.O. Box 1880,    Voorhees, NJ 08043-7880
10212799   Prvidian,    Po Box 9007,    Pleasanton, CA 94566
10212800  +Robert Schwab,    50 Crestview Drive,    Orinda, CA 94563-3920
10212805   Spiegel,    Card Processing Ce,    Old Bethpage, NY 11804
10212812  +Valley Yellow Pages,    Dept 33302,    P.O. Box 39000,    San Francisco, CA 94139-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty        E-mail/Text: guychism@mac.com Jan 08 2014 02:08:19    Guy David Chism,
            Law Offices of Guy David Chism,    P.O. Box 1700,    Los Gatos, CA  95031-1700
tr        +EDI: BJTKENDALL.COM Jan 08 2014 02:03:00    John Kendall,    945 Morning Star Dr.,
            Sonora, CA 95370-9249
smg        EDI: EDD.COM Jan 08 2014 02:03:00    CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
            P.O. Box 826880,    Sacramento, CA  94280-0001
smg        EDI: CALTAX.COM Jan 08 2014 02:03:00    CA Franchise Tax Board,
            Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
ust        E-mail/Text: ustpregion17.oa.ecf@usdoj.gov Jan 08 2014 02:08:50
            Office of the U.S. Trustee/Oak,    Office of the U.S. Trustee,    1301 Clay St. #690N,
            Oakland, CA 94612-5231
cr        +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jan 08 2014 02:37:16    Ascension Capital Group,
            c/o Ascension Capital Group,    Attn: JP Morgan Chase Bank, National Ass,    PO Box 201347,
            Arlington, TX 76006-1347
cr        +EDI: BASSASSOC.COM Jan 08 2014 02:03:00    Capital One, N.A.,    Bass & Associates, P.C.,
            3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr         EDI: RECOVERYCORP.COM Jan 08 2014 02:03:00    GE Money Bank,
            c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
cr        +E-mail/Text: bknotice@ncmllc.com Jan 08 2014 02:08:59    National Capital Management, LLC,
            8245 Tournament Dr. #230,    Memphis, TN 38125-1741
cr        +EDI: PRA.COM Jan 08 2014 02:08:00    PRA Receivables Management LLC,    POB 41067,
            Norfolk, VA 23541-1067
10212748  +EDI: CINGMIDLAND.COM Jan 08 2014 02:03:00    AT&T,    208 S. Akard St.,    Dallas, TX 75202-4206
10319078   EDI: BECKLEE.COM Jan 08 2014 02:03:00    American Express Bank FSB,    c/o Becket and Lee LLP,
            POB 3001,    Malvern PA 19355-0701
10319075   EDI: BECKLEE.COM Jan 08 2014 02:03:00    American Express Centurion Bank,
            c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10226337   EDI: AIS.COM Jan 08 2014 02:03:00    American Infosource Lp As Agent for,
            Fia Card Services, NA/Bank of America,    PO Box 248809,    Oklahoma City, OK  73124-8809
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
10212745      +EDI: AMEREXPR.COM Jan 08 2014 02:03:00      Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
10212750      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Jan 08 2014 02:08:22      Aurora Loan,   Pob 1706,
               Scottsbluff, NE 69363-1706
10212751       EDI: BANKAMER2.COM Jan 08 2014 02:03:00      Bank Of America,    PO BOX 15102,
               Wilmington, DE 19886-5102
10212752       EDI: BANKAMER.COM Jan 08 2014 02:03:00      Bk Of Amer,   4060 Ogletown/Stan,    Newark, DE 19713
10212757      +EDI: CALTAX.COM Jan 08 2014 02:03:00      California Franchise Tax Board,
               FIT Bankruptcy MS: a-340,    P.O. Box 2952,    Sacramento, CA 95812-2952
12779960      +EDI: BASSASSOC.COM Jan 08 2014 02:03:00      Capital One, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
10212759      +EDI: CHASE.COM Jan 08 2014 02:03:00      Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
10212761      +EDI: CHASE.COM Jan 08 2014 02:03:00      Chase Na,    800 Brooksedge Blv,
               Westerville, OH 43081-2822
10212763      +EDI: RMSC.COM Jan 08 2014 02:03:00      Chevron,    Pob 5010,   Concord, CA 94524-0010
10212764      +EDI: CITICORP.COM Jan 08 2014 02:03:00      Citi,    Pob 6241,   Sioux Falls, SD 57117-6241
10417545       EDI: CITICORP.COM Jan 08 2014 02:03:00      Citibank South Dakota NA,
               Exception Payment Processing,    PO Box 6305,    The Lakes, NV 88901-6305
12043933      +EDI: CITICORP.COM Jan 08 2014 02:03:00      Citibank, N.A.,    701 East 60th Street North,
               Sioux Falls, SD 57104-0493
10212770       EDI: DISCOVER.COM Jan 08 2014 02:03:00      Discover Fin,    Pob 15316,    Wilmington, DE 19850
10234690       EDI: TSYS2.COM Jan 08 2014 02:03:00      Department Stores National Bank/Macys,
               Tsys Debt Mgmt., Inc.,   PO BOX 137,    COLUMBUS, GA  31902-0137
10234689       EDI: TSYS2.COM Jan 08 2014 02:03:00      Department Stores National Bank/Visa,
               Tsys Debt Mgmt., Inc.,   PO BOX 137,    COLUMBUS, GA  31902-0137
10229075       EDI: DISCOVER.COM Jan 08 2014 02:03:00      Discover Bank,    DFS Services LLC,    PO Box 3025,
               New Albany, Ohio  43054-3025
10212772      +EDI: TSYS2.COM Jan 08 2014 02:03:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12362213      +EDI: RESURGENT.COM Jan 08 2014 02:03:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
10212779       EDI: CHASE.COM Jan 08 2014 02:03:00      Fst Usa Bk B,    Po Box 8650,    Wilmington, DE 19899
10212780      +EDI: RMSC.COM Jan 08 2014 02:03:00      Gemb/Chevron,    P.O Box 981432,    El Paso, TX 79998-1432
10212781       EDI: RMSC.COM Jan 08 2014 02:03:00      Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998
10212782       EDI: RMSC.COM Jan 08 2014 02:03:00      Gemb/Oldnavy,    Po Box 981400,    El Paso, TX 79998-1400
10212783       EDI: RMSC.COM Jan 08 2014 02:03:00      Gemb/Sams Club,    Po Box 981400,    El Paso, TX 79998-1400
10212784      +EDI: RMSC.COM Jan 08 2014 02:03:00      Gemb/Sny Cc,    Po Box 981439,    El Paso, TX 79998-1439
10212785      +EDI: RMSC.COM Jan 08 2014 02:03:00      Gemb/Walm,    P.O. Box 981400,    El Paso, TX 79998-1400
10212786      +EDI: RMSC.COM Jan 08 2014 02:03:00      Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
10524843      +EDI: BASSASSOC.COM Jan 08 2014 02:03:00       HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
10212788      +EDI: HFC.COM Jan 08 2014 02:03:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
10212789       EDI: IRS.COM Jan 08 2014 02:03:00      IRS-Bankruptcy Unit,    P.O. Bxo 212126,
               Philadelphia, PA 19114
10212793       EDI: CBSKOHLS.COM Jan 08 2014 02:03:00      Kohls/Chase,    N56 W17000 Ridge,
               Menomonee Fall, WI 53051
10212795      +EDI: WFNNB.COM Jan 08 2014 02:03:00      Lane Bryant,    Po Box 182121,    Columbus, OH 43218-2121
10212794      +EDI: WFNNB.COM Jan 08 2014 02:03:00      Lane Bryant,    450 Winks Lane,    Bensalem, PA 19020-5943
10212797      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 08 2014 02:09:04
               NCO Financial Systems, Inc,    507 Prudential Road,    Horsham, PA 19044-2368
10830321      +E-mail/Text: bknotice@ncmllc.com Jan 08 2014 02:08:59      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741,    USA
10557994       EDI: PRA.COM Jan 08 2014 02:08:00      Portfolio Recovery Associates, LLC,    P.O. Box 41067,
               Norfolk, VA 23541
10295906      +EDI: PRA.COM Jan 08 2014 02:08:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    POB 41067,    NORFOLK VA 23541-1067
12746304       E-mail/Text: bkdepartment@rtresolutions.com Jan 08 2014 02:09:06      Real Time Resolutions, Inc.,
               1349 Empire Central Dr., Ste #150,    PO Box 36655,    Dallas, TX 75247
10347614       EDI: RESURGENT.COM Jan 08 2014 02:03:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
10212801      +EDI: SEARS.COM Jan 08 2014 02:03:00      Sears/Cbsd,    701 East 60th St N,
               Sioux Falls, SD 57104-0432
10212802       EDI: SEARS.COM Jan 08 2014 02:03:00      Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
10212803      +E-mail/Text: DelinquencyControl@sffirecu.org Jan 08 2014 02:08:52      Sf Fire Cu/Lending So,
               3201 California St,    San Francisco, CA 94118-1903
10212804      +EDI: MERRICKBANK.COM Jan 08 2014 02:08:00      Spiegel,    101 Crossway Park West,
               Woodbury, NY 11797-2020
10231709       EDI: WFNNB.COM Jan 08 2014 02:03:00      Spirit of America National Bank/Lane Bryant,
               C/O World Financial Network Bank,    PO Box 182273,    Columbus, OH 43218-2273
10212806      +EDI: STF1.COM Jan 08 2014 02:03:00      Suntrust Mtg,    901 Semmes Ave.,    Richmond, VA 23224-2243
10212807      +EDI: WTRRNBANK.COM Jan 08 2014 02:03:00      Target N.B.,    Po Box 673,
               Minneapolis, MN 55440-0673
10212808      +EDI: CITICORP.COM Jan 08 2014 02:03:00      Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
10348004       EDI: USBANKARS.COM Jan 08 2014 02:03:00      U.S. Bank N.A.,    P.O. Box 5229,
               Cincinnati, OH 45201
10212811       EDI: USBANKARS.COM Jan 08 2014 02:03:00      Us Bank,    425 Walnut Street,    Cincinnati, OH 45202
10212809       EDI: URSI.COM Jan 08 2014 02:03:00      United Recovery Systems,    P.O. Box 722929,
               Houston, TX 77272-2929
10212810      +EDI: CITICORP.COM Jan 08 2014 02:03:00      Unvl/Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
10212813     +E-mail/Text: acastro@vtloanview.com Jan 08 2014 02:08:51      Viewtech Financial Ser,
              5109 E La Palma Ave Ste,    Anaheim, CA 92807-2066
10212814     +EDI: TSYS2.COM Jan 08 2014 02:03:00       Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
10212815      EDI: WFNNB.COM Jan 08 2014 02:03:00       Wfnnb/Avenue,    Po Box 29185,    Shawnee Missio, KS 66201
10212816      EDI: WFNNB.COM Jan 08 2014 02:03:00       Wfnnb/The Avenue,    Po Box 2974,
              Shawnee Mission, KS 66201-1374
11810391      EDI: Q3G.COM Jan 08 2014 02:03:00      World Financial Network National Bank,
              c/o Quantum3 Group LLC,     PO Box 788,    Kirkland, WA 98083-0788
10415949      EDI: ECAST.COM Jan 08 2014 02:03:00      eCAST Settlement Corporation assignee of Chase,
              Bank USA NA,    POB 35480,    Newark NJ 07193-5480
                                                                                              TOTAL: 70

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Guy Chism,Esq
cr           Aurora Loan Services, LLC
cr           Mortgage Electronic Registration Systems, Inc.
cr           Suntrust Mortgage, Inc.
cr*          +Citibank, N.A.,    701 East 60th Street North,    SIOUX FALLS, SD 57104-0493
cr*          +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
              Greenville, SC 29602-0288
cr*          +PRA Receivables Management, LLC,     PO Box 41067,    Norfolk, VA 23541-1067
cr*          ++REAL TIME RESOLUTIONS INC,    PO BOX 36655,    DALLAS TX 75235-1655
             (address filed with court: REAL TIME RESOLUTIONS, INC.,    1349 Empire Central Dr. Ste #150,
              P.O. BOX 36655,    DALLAS, TX  75247)
cr*           World Financial Network National Bank,     c/o Quantum3 Group LLC,    PO Box 788,
              Kirkland, WA  98083-0788
10212746*    +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
10212747*    +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
10212753*     Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
10212754*     Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
10626439*    ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
              SACRAMENTO CA 94279-0029
             (address filed with court: State Board of Equalization,    Special Operations Branch, MIC:55,
              PO Box 942879,    Sacramento, CA 94279)
10212760*    +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
10212765*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
10212766*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
10212768*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
10212767*    +Citi,   Pob 6241,    Sioux Falls, SD 57117-6241
10212771*    ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Fin,    Pob 15316,    Wilmington, DE 19850)
10212773*    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
10212774*    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
10212775*    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
10212776*    +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
10212792*    +Kelley Neil,    176 Selima Way,    Pacheco, CA 94553-6324
12758374*    ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
             (address filed with court: NATIONSTAR MORTGAGE,    350 HIGHLAND DRIVE,    LEWISVILLE, TEXAS 75067)
10830322*    +National Capital Management, LLC.,     8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,
              USA
10830323*    +National Capital Management, LLC.,     8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,
              USA
10847190*    +National Capital Management, LLC.,     8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,
              USA
10847191*    +National Capital Management, LLC.,     8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,
              USA
10847193*    +National Capital Management, LLC.,     8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,
              USA
13112003*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541)
13113046*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541)
13115099*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541)
10212796     ##+MANN BRACKEN,    28632 Roadside Drive Ste 265,    Agoura Hills, CA 91301-6300
                                                                                     TOTALS: 4, * 30, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2014                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2014 at the address(es) listed below:

              Alan S. Wolf    on behalf of Creditor    Mortgage Electronic Registration Systems, Inc.
               wdk@wolffirm.com,   faxes@wolffirm.com
              Alan S. Wolf    on behalf of Creditor    Suntrust Mortgage, Inc. wdk@wolffirm.com,
               faxes@wolffirm.com
              Guy David Chism    on behalf of Debtor James Leonard Ward, Jr. guychism@mac.com
              Guy David Chism    on behalf of Joint Debtor Stacey Catherine Ward guychism@mac.com
              Guy David Chism    on behalf of Attorney Guy  Chism,Esq guychism@mac.com
              John Kendall    jkendall.trustee@sbcglobal.net, ca70@ecfcbis.com,
              Joseph S. Chun    on behalf of Creditor    Aurora Loan Services, LLC bknotice@mccarthyholthus.com
              Martha G. Bronitsky    13trustee@oak13.com
              Nickolaus McLemore    on behalf of Creditor    Nationstar Mortgage nm2@bvwlaw.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,   ltroxas@hotmail.com
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
Northern District of California (Oakland)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 7/31/09 and was converted to a case under chapter 7 on 1/3/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| James Leonard Ward Jr.<br>132 St. Pierre Way<br>Martinez, CA 94553 | Stacey Catherine Ward<br>132 St. Pierre Way<br>Martinez, CA 94553 |
| Case Number:<br>09–47024 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–7801<br>xxx–xx–6600 |
| Attorney for Debtor(s) (name and address):<br>Guy David Chism<br>Law Offices of Guy David Chism<br>P.O. Box 1700<br>Los Gatos, CA 95031–1700<br>Telephone number: (650) 386–1557 | Bankruptcy Trustee (name and address):<br>Martha G. Bronitsky<br>P.O. Box 9077<br>Pleasanton, CA 94566<br>Telephone number: (925) 621–1900 |

### Meeting of Creditors
Date: **February 4, 2014**    Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 4/7/14**

All claims actually filed by a creditor before conversion of the case are deemed filed in the chapter 7 case.

### Deadline to Object to Exemptions:
If this case has been converted, a new deadline to object to exemptions arises unless: (1) the conversion took place more than one year after a plan was first confirmed, or (2) the deadline had previously expired while the case pending under Chapter 7.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604–2070<br>Telephone number: 510–879–3600 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 1/7/14 |

# EXPLANATIONS                               FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––